**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Paul Cook, *et al.*, | : | |
| **Plaintiffs,** | : | |
| vs. | : | **Case No. 2:06-CV-484** |
| Ford Motor Company, | : | **JUDGE SMITH** |
| **Defendant.** | : | **MAGISTRATE JUDGE KEMP** |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto

stipulate and agree to the dismissal of the within action *with prejudice*.


/s/ Charley Hess
Charley Hess (0023350)
Trial Attorney for Plaintiffs
7211 Sawmill Road
Suite 200
Dublin, Ohio 43016
(614) 442-5800
(614) 442-5802 fax
Email: charley@charleyhess.com

/s/John J. Frost
Mary Arens Hale, Esq. (00663423)
John J. Frost, Esq. (0077003)
Trial Attorneys for Defendant
BAKER & HOSTETLER
Capitol Square, Suite 2100
65 East State Street
Columbus, Ohio  43215-5136
(614) 462-2629
(614) 462-2654
Email: jfrost@bakerlaw.com
Email: mhale@bakerlaw.com